IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANIEL L. CINCOSKI                                                                                           PLAINTIFF

v.                                       Civil No. 10-5241

NURSE RHONDA BRADLEY;
SHERIFF TIM HELDER; and
JAIL ADMINISTRATOR RANDALL
DENZER                                                                                                        DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Daniel L. Cincoski filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on December 8, 2010. His complaint was filed *in forma pauperis* (IFP).

On July 19, 2011, the undersigned entered an order (Doc. 18) granting the Defendants' motion to compel. Plaintiff was directed to provide the Defendants with discovery responses by August 5, 2011. On August 30, 2011, Defendants filed a motion to dismiss (Doc. 20). In the motion, Defendants state they have not received the discovery responses from the Plaintiff.

I therefore recommend that the Defendants' motion to dismiss (Doc. 20) be granted. This case should be dismissed based on Plaintiff's failure to comply with the order of the court and his failure to prosecute this action. *See* Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 2nd day of September 2011.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

-1-